UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE STIPE (#152145) | CIVIL ACTION |
| VERSUS | |
| SETH SMITH, ET AL | NO. 10-576-BAJ-CN |

**RULING**

The Court has carefully considered the petition, the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 18, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Court declines supplemental jurisdiction over the plaintiff's state law claims and the defendants' Motion to Dismiss, (doc. 29) is granted, dismissing the plaintiff's claims asserted against the defendants, without prejudice to any state law claims which the plaintiff may have. In light of the Court's disposition of the defendants' Motion to Dismiss, the plaintiff's Motion for Summary Judgment, (doc. 38) is denied as moot.

Baton Rouge, Louisiana, August 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA